IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSANN WILLIAMS, KATHRYN HUNTER,
MOIRA DALY, ROBERT HADDOCK, and
MARIA MARQUART,

    Plaintiffs,

v.                                                    CIV No. 03-1195 WPJ/ACT

W.D. SPORTS N.M., INC., d/b/a NEW MEXICO SCORPIONS,
a New Mexico company with its principal place of business in
Albuquerque, New Mexico, WILLIAM DOUGLAS FRANK,
PATRICK J. DUNN, TYLER BOUCHER, BRUCE LEVINE, and
DAN BURGERS,

    Defendants.

## **CERTIFICATE OF SERVICE**

    COME NOW PLAINTIFFS, by and through their counsel, and certify that their initial disclosures were mailed to opposing counsel of record this 28th day of January, 2004.

                                            THE HAMMEL LAW FIRM, P.C.

                                            *Original signed by Ms. Hammel*
                                            Kathryn Hammel
                                            3603 Gun Club Rd. SW
                                            Albuquerque, NM 87121
                                            (505) 873-1610
                                            *Attorney for Plaintiffs*

I hereby certify that a copy of the foregoing
was mailed this 28th day of January, 2004 to:

Lisa Mann and Alex Walker
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168

*Original signed by Ms. Hammel*
Kathryn Hammel