IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSANN WILLIAMS, KATHRYN HUNTER,
MOIRA DALY, ROBERT HADDOCK,
and MARIA MARQUART,

        Plaintiffs,

v.                                      Civ. No. 03-1195 WPJ/ACT

W.D. SPORTS N.M., INC., d/b/a NEW MEXICO
SCORPIONS, a New Mexico company with its
principal place of business in Albuquerque, New
Mexico, WILLIAM DOUGLAS FRANK,
PATRICK J. DUNN, TYLER BOUCHER,
BRUCE LEVINE, and DAN BURGERS,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Initial Disclosures, along with a copy this Certificate of Service, were mailed to Kathryn Hammel, 3603 Gun Club Road SW, Albuquerque, NM 87121, on this 30th day of January 2004.

        MODRALL, SPERLING, ROEHL, HARRIS
          & SISK, P.A.

        By:_____
          Lisa Mann
          Alex C. Walker
          Attorneys for Defendants
          Post Office Box 2168
          Bank of America Centre
          500 Fourth Street NW, Suite 1000
          Albuquerque, New Mexico  87103-2168
          Telephone: 505.848.1800

K:\dox\client\80052\112\W0353848.DOC

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.