IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSANN WILLIAMS, KATHRYN HUNTER,
MOIRA DALY, ROBERT HADDOCK, and
MARIA MARQUART,

    Plaintiffs,

v.                                          CIV No. 03-1195 WPJ/ACT

W.D. SPORTS N.M., INC., d/b/a NEW MEXICO SCORPIONS,
a New Mexico company with its principal place of business in
Albuquerque, New Mexico, WILLIAM DOUGLAS FRANK,
PATRICK J. DUNN, TYLER BOUCHER, BRUCE LEVINE, and
DAN BURGERS,

    Defendants.

## CERTIFICATE OF SERVICE

COME NOW PLAINTIFFS, by and through their counsel, and certify that their answers and objections, and responses and objections to Defendants' first sets of interrogatories, requests for production and requests for admission, along with a privilege log, were mailed to counsel for Defendants this 4th day of March, 2004.

                                        THE HAMMEL LAW FIRM, P.C.

                                        *Original signed by Ms. Hammel*
                                        Kathryn Hammel
                                        3603 Gun Club Rd. SW
                                        Albuquerque, NM 87121
                                        (505) 873-1610
                                        *Attorney for Plaintiffs*

I hereby certify that a copy of the foregoing
was mailed this 4th day of March, 2004 to:

Lisa Mann and Alex Walker
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168

Albuquerque, NM 87103-2168
*Attorneys for Defendants*

*Original signed by Ms. Hammel*_____
Kathryn Hammel