IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSANN WILLIAMS, KATHRYN HUNTER,
MOIRA DALY, ROBERT HADDOCK, and
MARIA MARQUART,
    Plaintiffs,

v.                                            CIV No. 03-1195 WPJ/ACT

W.D. SPORTS N.M., INC., d/b/a NEW MEXICO SCORPIONS,
a New Mexico company with its principal place of business in
Albuquerque, New Mexico, WILLIAM DOUGLAS FRANK,
PATRICK J. DUNN, TYLER BOUCHER, BRUCE LEVINE, and
DAN BURGERS,

    Defendants.

## CERTIFICATE OF SERVICE

COME NOW PLAINTIFFS, by and through their counsel, and certify that Moira Daly, Maria Marquart and Robert Haddock's supplemental answers to interrogatories were mailed to counsel for Defendants this 6th day of April, 2004.

                                            THE HAMMEL LAW FIRM, P.C.

                                            *Original signed by Ms. Hammel*
                                            Kathryn Hammel
                                            3603 Gun Club Rd. SW
                                            Albuquerque, NM 87121
                                            (505) 873-1610
                                            *Attorney for Plaintiffs*

I hereby certify that a copy of the foregoing was mailed this 6th day of April, 2004 to:

Lisa Mann and Alex Walker
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103-2168
*Attorneys for Defendants*

*Original signed by Ms. Hammel*
Kathryn Hammel